IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| z4 TECHNOLOGIES, INC. | § § § | FILED: **4/19/06**<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT COURT<br>DAVID J. MALAND, CLERK |
| Plaintiff | § § | |
| vs. | § § | CASE NO. 6:06-CV-142 |
| MICROSOFT CORPORATION, AND AUTODESK, INC. | § § § § | |
| Defendants | § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Charge of Court.

1A.  Did z4 prove by a preponderance of the evidence that Microsoft literally infringed the claims of the patents listed below?

1B.  Did z4 prove by clear and convincing evidence that Microsoft's infringement, if any, was willful?

Answer "Yes" or "No" as to each claim in column 1A. For each claim you answer "Yes" in column 1A, in column 1B answer "Yes" or "No." If you answer "No" in column 1A, do not answer the corresponding column 1B.

|  | 1A<br>(Literal Infringement) | 1B<br>(Willful Infringement) |
|---|---|---|
| **'471 Patent:** | | |
| Claim 32: | YES | YES |
|  | (Literal Infringement) | (Willful Infringement) |
| **'825 Patent:** | | |
| Claim 44: | YES | YES |
| Claim 131: | YES | YES |

1

2.   Did z4 prove by a preponderance of the evidence that Autodesk literally infringed the claims of the patents listed below?

**Answer "Yes" or "No" as to each claim.**

**(Literal Infringement)**

'471 Patent:

Claim 32:   YES

**(Literal Infringement)**

'825 Patent:

Claim 131:   YES


3.   Did Microsoft and Autodesk prove by clear and convincing evidence that any of the listed claims of the patents in suit are invalid?

**Answer "Yes" or "No" for each listed claim:**

'471 Patent

Claim 32:   NO

'825 Patent

Claim 44:   NO

Claim 131:   NO

4. What sum of money, if paid now in cash, do you find should be awarded to z4 as damages adequate to compensate it for the patent claims you have found to have been infringed by Microsoft? Only award damages for those claims you find infringed by Microsoft and valid. Do not award damages for claims that you did not find infringed by Microsoft and valid.

   Answer: $ 115,000,000  (115 million)

5. What sum of money, if paid now in cash, do you find should be awarded to z4 as damages adequate to compensate it for the patent claims you have found to have been infringed by Autodesk? Only award damages for those claims you find infringed by Autodesk and valid. Do not award damages for claims that you did not find infringed by Autodesk and valid.

   Answer: $ 18,000,000  (18 million)