IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| z4 TECHNOLOGIES, INC. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 6:06-CV-142 |
| | § | |
| MICROSOFT CORPORATION, | § | |
| AND AUTODESK, INC. | § | |
| | § | |
| Defendants | § | |

# ORDER

Pursuant to the Stipulation Concerning Injunction (Docket No. 382), entered into by and between Defendant Autodesk, Inc. ("Autodesk") and Plaintiff z4 Technologies, Inc. ("z4"), the Court **ORDERS** as follows:

1. Effective the date this Injunction Order is entered, Autodesk and its employees, agents, successors in interest, and assigns, and all persons in active concert with Autodesk are enjoined from:

    (a) making, using, selling, offering for sale, and/or importing the product activation software and method found infringing by the jury in Verdict Question 2 and/or any insubstantially different product activation software or methods;

    (b) otherwise infringing, inducing infringement of, or contributorily infringing U.S. Patent Nos. 6,044,471 or 6,785,825.

2. Autodesk will be in compliance with the terms of this injunction if, by August 18, 2006, it changes it process for activating products to perform in substantially the following manner:

    After the user inserts the product CD or DVD and accepts the terms of the end user

license agreement, the user will be given full access to the software for a grace period. The user will be able to use the software during the grace period before he or she will be required to activate. When the user actually decides to activate their software, and only at that time, the user will be prompted to enter their serial number, in order to complete the activation process. The user will not be required to, or even be given the option to, enter a serial number during installation.

3. This Court shall retain jurisdiction over the parties to modify this injunction for good cause shown, and to enforce the terms of this injunction.

4. Should this or any other court vacate the jury's liability verdict, or otherwise hold that both claim 32 of the '471 patent and claim 131 of the '825 patent are not infringed by Autodesk or are invalid, or should this or any other court render both patents-in-suit unenforceable, this injunction shall be immediately and automatically be dissolved.

**So ORDERED and SIGNED this 18th day of August, 2006.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**